UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN DUFFY,<br><br>　　　　Respondent. | No. 2:15-cv-2356 WBS CKD P<br><br><br>ORDER |

Petitioner is a California prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 17, 2017, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 11) is granted;

3. The claim identified as "Claim I" in petitioner's application for writ of habeas corpus is dismissed; and

4. Respondent shall file his answer to petitioner's remaining claims within 30 days.

Dated: May 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

turn2356.jo