UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN DUFFY,<br><br>        Respondent. | No. 2:15-cv-2356 WBS CKD P<br><br><br><u>ORDER</u> |

Petitioner is a California prisoner proceeding through counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On February 26, 2018, the court recommended that the habeas petition be denied and informed the parties that objections to the findings and recommendations could be filed within 14 days. Counsel has not filed objections. Rather, petitioner has informed that court that counsel has withdrawn and petitioner has filed objections pro se. Counsel has not withdrawn, however, as counsel has not complied with the procedures identified in Local Rule 182(d).

/////
/////
/////
/////
/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The objections filed by petitioner pro se on April 5, 2018 are stricken; and

2. Counsel for petitioner is granted 14 days from the date of this order to file objections to the February 26, 2018 findings and recommendations. Alternatively, if counsel seeks to withdraw, a motion to withdraw which complies with Local Rule 182(d) shall be filed within 14 days.

Dated: April 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
turn2356.ext