UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER, | No. 2:15-cv-2356 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| BRIAN DUFFY, | |
| Respondent. | |

Counsel for petitioner has filed a motion to withdraw. Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted 14 days within which to file an opposition to counsel's motion to withdraw. If no opposition is submitted within 14 days, the motion will be granted and the court's February 26, 2018 findings and recommendations, along with petitioner's April 5, 2018 objections thereto filed pro se, will be submitted to the assigned district court judge for decision.

Dated: April 30, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
turn2356.mtw