UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN DUFFY,<br><br>    Respondent. | No. 2:15-cv-2356 WBS CKD P<br><br><br>ORDER |

Petitioner has filed a motion seeking reconsideration of the magistrate judge's May 24, 2018 order granting petitioner's former counsel's motion for leave to withdraw. On June 7, 2018, the court denied petitioner's application for a writ of habeas corpus and entered judgment. Accordingly, IT IS HEREBY ORDERED that petitioner's June 11, 2018 request for reconsideration (ECF No. 30) is denied as moot.

Dated: June 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

turn2356.851