UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN DUFFY,<br><br>　　　　Respondent. | No. 2:15-cv-2356 WBS CKD P<br><br><br><br>ORDER |

　　Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing, IT IS HEREBY ORDERED that petitioner's request (ECF No. 39) is granted.

Dated: September 26, 2018

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
turn2356.101b